# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| STACY D. BRYANT, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *  Civil Action 07-00720-CG-B |
| | * |
| MICHAEL J. ASTRUE, | * |
| Commissioner of | * |
| Social Security, | * |
| | * |
| Defendant. | * |

## JUDGMENT

In accordance with this Court's Order entered on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that this action is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the opinion of this Court.

**DONE and ORDERED** this 8th day of April, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE