## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

STACY D. BRYANT,                        *
                                        *
         Plaintiff,                     *
                                        *
vs.                                     *   CIVIL ACTION NO. 07-00720-CG-B
                                        *
MICHAEL J. ASTRUE,                      *
Commissioner of                         *
Social Security,                        *
                                        *
         Defendant.                     *


## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED,**

**ADJUDGED,** and **DECREED** that Plaintiff be awarded attorney's fees under the Equal Access

to Justice Act ("EAJA"), and that her counsel be awarded attorney fees in the amount of

$1,929.01 for 11.5 attorney hours spent representing Plaintiff in connection with this action.

**DONE** and **ORDERED** this the 7th day of July, 2008.


                              /s/ Callie V. S. Granade
                              CHIEF UNITED STATES DISTRICT JUDGE